FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0034



ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 25-0034

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

      **O R D E R**

GRANT GAGE LAMAN,

      Defendant and Appellant.

**FILED**

JAN 2 2 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This matter comes before the Court on the petition of Grant Gage Laman, via counsel, for leave to file an out-of-time appeal pursuant to M. R. App. P. 4(6). As the basis for his request, Laman asserts that his counsel timely filed a Notice of Appeal with the District Court only.

Under M. R. App. P. 4(6), a party may seek an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" Lake's counsel asserts that such circumstances exist here, where counsel did not file the Notice of Appeal in this Court, but filed it in the District Court. We agree it would be unjust to deny Laman the right to appeal when the untimeliness of the Notice of Appeal was caused by circumstances outside of his control.

IT IS THEREFORE ORDERED that the petition for leave to file an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant shall have 30 days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk of this Court is directed to provide copies of this Order to all counsel of record.

DATED this 22ⁿᵈ day of January, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices

2